NOTE: This disposition is nonprecedential.

# United States Court of Appeals for the Federal Circuit

---

**RON KRAMER, AN ARIZONA RESIDENT, SAL ABRAHAM, A FLORIDA RESIDENT, THERMOLIFE INTERNATIONAL LLC, AN ARIZONA LIMITED LIABILITY COMPANY,**
*Plaintiffs-Appellants*

**v.**

**CREATIVE COMPOUNDS, LLC, A NEVADA LIMITED LIABILITY COMPANY,**
*Defendant-Appellee*

---

2015-1621

---

Appeal from the United States District Court for the District of Arizona in No. 2:11-cv-01965-JAT, Senior Judge James A. Teilborg.

---

**JUDGMENT**

---

GREGORY BLAIN COLLINS, Kercsmar & Feltus PLLC, Scottsdale, AZ, argued for plaintiffs-appellants.

NELSON D. NOLTE, Nolte Law Firm, Manchester, MO, argued for defendant-appellee.

————————————————

THIS CAUSE having been heard and considered, it is

ORDERED and ADJUDGED:


PER CURIAM (NEWMAN, MOORE, and STOLL, *Circuit Judges*).

**AFFIRMED.  *See* Fed. Cir. R. 36.**

ENTERED BY ORDER OF THE COURT


March 18, 2016                     /s/ Daniel E. O'Toole
      Date                           Daniel E. O'Toole
                                     Clerk of Court